UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
GARCIA, EMMANUEL B                        §   Case No. 13-04575
GARCIA, MELANIE S                         §
                                          §
                                          §
              Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was           and the deadline for filing governmental claims was          . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $         , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $      , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-04575 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | | | Date Filed (f) or Converted (c): | 02/06/13 (f) |
| | GARCIA, MELANIE S | | | 341(a) Meeting Date: | 03/11/13 |
| For Period Ending: | 02/03/14 | | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 4 bedroom residence Location: 207 Atwell Street, E  Stay modified 3/21/13 | 267,000.00 | 0.00 | | 0.00 | FA | 419,155.00 | 0.00 |
| 2. Cash Location: 207 Atwell Street, Elgin IL 60124 | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 3. Chase; Elgin IL; Checking xxxxx9205, Savings xxxxx | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 4. Citibank; St. Charles IL Checking acct xxxxx0204 a | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 5. 4 bedroom sets; desk; 2 computers; printer; chair; | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 6. Books; pictures; Location: 207 Atwell Street, Elgi | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 7. Necessary clothes Location: 207 Atwell Street, Elg | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 8. Costume jewelry; wedding bands Location: 207 Atwel (u) | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 9. Glock 45; exercize machine; treadmill; stationary | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 10. Western Reserve Life Assurance Co. of Ohio; 4333 E | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Allianz Life Insurance Co. of No. America, Contrac | 20,724.08 | 0.00 | | 0.00 | FA | 0.00 | 20,724.08 |
| 12. State Employees' Retirement System of Illinois, 21 | 58,701.00 | 0.00 | | 0.00 | FA | 0.00 | 58,701.00 |
| 13. Primerica PFS Investments C/F the Coverdell ESA of  Portion of exemption disallowed per order 6/18/13; Trustee recovered non-exempt balance | 34,007.76 | 1,841.19 | | 1,841.19 | FA | 0.00 | 32,166.57 |
| 14. Cadence Health Matching Savoings Plan, Fidelity In  Exemption disallowed per order 6/18/13; turnover order entered 6/27/13; subsequently, Debtors produced evidence that funds in account were in fact from employer funded retirement account and, accordingly, Trustee did not seek turnover | 16,525.61 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. LCS Holdings Inc. Retirement and 401(k) Savings Pl | 10,032.16 | 0.00 | | 0.00 | FA | 0.00 | 10,032.16 |
| 16. 2000 Honda Odessey miles 125k; Location: 207 Atwel | 2,400.00 | 0.00 | | 0.00 | FA | 0.00 | 2,400.00 |
| 17. 2012 Toyota Corola, miles 400 Location: 207 Atwell | 14,000.00 | 0.00 | | 0.00 | FA | 18,084.39 | 0.00 |
| 18. Time share Orange Lake; 8505 W. Irlo Bronson Mem. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Tax Refund (u)  Debtors overpayment for 2012 StateTax Refund | 0.00 | 4,983.00 | | 4,983.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 13-04575 CAD Judge: CAROL A. DOYLE
Case Name: GARCIA, EMMANUEL B
GARCIA, MELANIE S

Trustee Name: Elizabeth C. Berg
Date Filed (f) or Converted (c): 02/06/13 (f)
341(a) Meeting Date: 03/11/13
Claims Bar Date: 09/03/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 20. Tax Refund (u) Debtors overpayment for 2012 Federal Tax Refund | 0.00 | 17,675.00 | | 17,675.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $425,630.61 $24,499.19 $24,499.19 $0.00 $437,239.39 $126,263.81
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtors' interest in their 2012 tax refund as well as an educational savings account. Trustee
obtained an order for recovery of the tax refund and made formal demand upon Debtors' for turnover of their 2012 tax
refund. Trustee objected to the debtors' exemption in their educational account and recovered the proceeds from this
account which were non-exempt property of the Estate. Supsequent to order disallowing exemption in HSA account, Trustee
recieved documents evidencing that HSA account was in fact employer sponsored retirement account. Accordingly, Trustee
did not pursue turnover of those proceeds. Trustee reivewed claims. Trustee verified validity of IRS claim and
resolved issues related thereto without the need for a formal claim objection. Prepared TFR

Initial Projected Date of Final Report (TFR): 06/30/13   Current Projected Date of Final Report (TFR): 03/01/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-04575 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GARCIA, EMMANUEL B | | Bank Name: | Associated Bank |
| | GARCIA, MELANIE S | | Account Number / CD #: | *******5968 Checking Account |
| Taxpayer ID No: | *******3481 | | | |
| For Period Ending: | 02/03/14 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 24,374.58 | | 24,374.58 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.02 | 24,360.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******5968 | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 14.02 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 14.02 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 24,374.58 | | | |
| | | Total | $ 24,374.58 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 17.04b

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-04575 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | | Bank Name: | Congressional Bank |
| | GARCIA, MELANIE S | | Account Number / CD #: | *******1161 Checking Account |
| Taxpayer ID No: | *******3481 | | | |
| For Period Ending: | 02/03/14 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/13 | 19 | Melanie & Emmanuel Garcia<br>207 Atwell Street<br>Elgin IL 60124 | Overpayment of State Taxes | 1224-000 | 4,983.00 | | 4,983.00 |
| 07/02/13 | 20 | Melanie & Emmanuel Garcia<br>207 Atwell Street<br>Elgin IL 60124 | Overpayment of Federal Taxes | 1224-000 | 17,675.00 | | 22,658.00 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.50 | 22,635.50 |
| 08/12/13 | 13 | Thomas Hartwell<br>Attorney at Law<br>929 N. La Fox Street<br>South Elgin IL 60177-1217 | Turnover Non-exempt Coverdale Acct | 1129-000 | 1,841.19 | | 24,476.69 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.98 | 24,450.71 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee: Sept 2013 | 2600-000 | | 25.13 | 24,425.58 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.93 | 24,399.65 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 25.07 | 24,374.58 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 24,374.58 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 17.04b

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-04575 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | Bank Name: | Congressional Bank |
| | GARCIA, MELANIE S | Account Number / CD #: | *******1161 Checking Account |
| Taxpayer ID No: | *******3481 | | |
| For Period Ending: | 02/03/14 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Account *******1161 | | Balance Forward | 0.00 | | |
| | | 3 | Deposits | 24,499.19 | 0 Checks | 0.00 |
| | | 0 | Interest Postings | 0.00 | 5 Adjustments Out | 124.61 |
| | | | | | 1 Transfers Out | 24,374.58 |
| | | | Subtotal | $ 24,499.19 | | |
| | | | | | Total | $ 24,499.19 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 0 | Transfers In | 0.00 | | |
| | | | Total | $ 24,499.19 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Report Totals | | | Balance Forward | 0.00 | | |
| | | 3 | Deposits | 24,499.19 | 0 Checks | 0.00 |
| | | 0 | Interest Postings | 0.00 | 6 Adjustments Out | 138.63 |
| | | | | | 1 Transfers Out | 24,374.58 |
| | | | Subtotal | $ 24,499.19 | | |
| | | | | | Total | $ 24,513.21 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 24,374.58 | | |
| | | | Total | $ 48,873.77 | Net Total Balance | $ 24,360.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 17.04b

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 03, 2014 |

Case Number: 13-04575　　　　　　　　　　　Claim Class Sequence
Debtor Name:　GARCIA, EMMANUEL B

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3110-00 | Baldi Berg<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $4,355.00 | $0.00 | $4,355.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $3,199.92 | $0.00 | $3,199.92 |
| | Subtotal for Class Administrative | | | $7,554.92 | $0.00 | $7,554.92 |
| 000003<br>046<br>5800-00 | US Dept of Treasury<br>P O BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | Claim amended to $0 on 1/22/14<br>(3-1) Modified to correct creditor address (modified on 6/20/2013) | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Priority | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,357.19 | $0.00 | $3,357.19 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,769.88 | $0.00 | $1,769.88 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,239.55 | $0.00 | $10,239.55 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $4,435.31 | $0.00 | $4,435.31 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (6-1) SAM'S CLUB or GEMB | $357.22 | $0.00 | $357.22 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (7-1) CREDIT CARD DEBT | $1,262.35 | $0.00 | $1,262.35 |
| 000008<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (8-1) CREDIT CARD DEBT | $2,019.94 | $0.00 | $2,019.94 |
| 000009<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262 | Unsecured | (9-1) CREDIT CARD DEBT | $3,936.78 | $0.00 | $3,936.78 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 03, 2014 |

Case Number:  13-04575　　　　　　　　　　　　Claim Class Sequence
Debtor Name:  GARCIA, EMMANUEL B

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | New York, NY 10087-9262 | | | | | |
| 000010 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | (10-1) CREDIT CARD DEBT | $13,615.40 | $0.00 | $13,615.40 |
| 000011 070 7100-00 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT POB 41067 Norfolk VA 23541 | Unsecured | | $1,095.99 | $0.00 | $1,095.99 |
| | Subtotal for Class Unsecured | | | $42,089.61 | $0.00 | $42,089.61 |
| | Case Totals: | | | $49,644.53 | $0.00 | $49,644.53 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04575
Case Name: GARCIA, EMMANUEL B
          GARCIA, MELANIE S
Trustee Name: Elizabeth C. Berg

Balance on hand                                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | US Dept of Treasury | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | GE Capital Retail Bank | $ | $ | $ |
| 000007 | Capital One, N.A. | $ | $ | $ |
| 000008 | Capital One, N.A. | $ | $ | $ |
| 000009 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000010 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000011 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE