UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
GARCIA, EMMANUEL B § Case No. 13-04575
GARCIA, MELANIE S §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago  IL  60603

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        11:00 a.m.
        on Friday, April 4, 2014
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GARCIA, EMMANUEL B § Case No. 13-04575
GARCIA, MELANIE S §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,499.19 |
| and approved disbursements of | $ | 138.63 |
| leaving a balance on hand of[1] | $ | 24,360.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 3,199.92 | $ 0.00 | $ 3,199.92 |
| Attorney for Trustee Fees: Baldi Berg | $ 4,355.00 | $ 0.00 | $ 4,355.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,554.92 |
| Remaining Balance | | $ | 16,805.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | US Dept of Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 0.00 |
| Remaining Balance | | $ 16,805.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,089.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,357.19 | $ 0.00 | $ 1,340.47 |
| 000002 | Discover Bank | $ 1,769.88 | $ 0.00 | $ 706.68 |
| 000004 | Capital One Bank (USA), N.A. | $ 10,239.55 | $ 0.00 | $ 4,088.47 |
| 000005 | FIA CARD SERVICES, N.A. | $ 4,435.31 | $ 0.00 | $ 1,770.94 |
| 000006 | GE Capital Retail Bank | $ 357.22 | $ 0.00 | $ 142.63 |
| 000007 | Capital One, N.A. | $ 1,262.35 | $ 0.00 | $ 504.03 |
| 000008 | Capital One, N.A. | $ 2,019.94 | $ 0.00 | $ 806.53 |
| 000009 | eCAST Settlement Corporation, assignee | $ 3,936.78 | $ 0.00 | $ 1,571.89 |
| 000010 | eCAST Settlement Corporation, assignee | $ 13,615.40 | $ 0.00 | $ 5,436.39 |
| 000011 | Portfolio Recovery Associates, LLC | $ 1,095.99 | $ 0.00 | $ 437.61 |

  Total to be paid to timely general unsecured creditors    $  16,805.64

  Remaining Balance    $  0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  Prepared By: /s/_____

            Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Emmanuel B Garcia  
Melanie S Garcia  
    Debtors

Case No. 13-04575-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 2                 Date Rcvd: Feb 28, 2014
                              Form ID: pdf006            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2014.
```
db/jdb        #+Emmanuel B Garcia,    Melanie S Garcia,    207 Atwell Street,    Elgin, IL 60124-8496
20011781       Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
20011782      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20011783       +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
20011784       +Cap1/Mnrds,    Po Box 5253,    Carol Stream, IL 60197-5253
20638656        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
20874364        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20011785       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20649818       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20011788       +Hsbc/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
20011791      #+Maria Aniceta Malicdem,    207 Atwell Street,    Elgin, IL 60124-8496
20915581      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to U.S. BANK NATIONAL ASSOCIAT,    POB 41067,    Norfolk VA 23541)
20011792       +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
20011793       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
20011794       +Toyota Financial Servi,    401 Carlson Pkwy Ste 125,    Minnetonka, MN 55305-5359
20011795      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20011798      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
20877885        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20575557        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20011786       +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20722610        E-mail/PDF: rmscedi@recoverycorp.com Mar 01 2014 01:22:43      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20011787       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2014 01:21:32      Gecrb/Sams Club,    Po Box 981400,
                 El Paso, TX 79998-1400
20011789        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2014 01:15:18      Kohls/Cap1,    Po Box 3115,
                 Milwaukee, WI 53201-3115
20011790       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2014 01:15:18      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20011796        E-mail/Text: cio.bncmail@irs.gov Mar 01 2014 01:15:30     US Dept of Treasury,    P O BOX 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20874365*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20877886*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20011797      ##+Valley Bell Credit Uni,    733 W Chicago St,    Elgin, IL 60123-6258
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 2 of 2                  Date Rcvd: Feb 28, 2014
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2014 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Jessica S Naples    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
              Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas M Hartwell, ESQ    on behalf of Joint Debtor Melanie S Garcia thomas.hartwell@sbcglobal.net
              Thomas M Hartwell, ESQ    on behalf of Debtor Emmanuel B Garcia thomas.hartwell@sbcglobal.net
                                                                                             TOTAL: 7
```