UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GARCIA, EMMANUEL B § Case No. 13-04575
GARCIA, MELANIE S §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Elizabeth C. Berg_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Mortgage/Cc 5 1001 Semmes Ave Richmond, VA 23224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Servi 401  Carlson Pkwy Ste 125  Minnetonka, MN 55305 | | | | | |
| | Wells Fargo Hm Mortgag  8480 Stagecoach Cir  Frederick, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | US DEPT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/Bstby Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Cap1/Mnrds Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bstby Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Valley Bell Credit Uni 733 W Chicago St Elgin, IL 60123 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CAPITAL ONE, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-04575 DRC Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- |
| Case Name: | GARCIA, EMMANUEL B | | Date Filed (f) or Converted (c): | 02/06/13 (f) |
| | GARCIA, MELANIE S | | 341(a) Meeting Date: | 03/11/13 |
| For Period Ending: | 05/05/14 | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 bedroom residence Location: 207 Atwell Street, E  Stay modified 3/21/13 | 267,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash Location: 207 Atwell Street, Elgin IL 60124 | 20.00 | 0.00 | | 0.00 | FA |
| 3. Chase; Elgin IL; Checking xxxxx9205, Savings xxxxx | 250.00 | 0.00 | | 0.00 | FA |
| 4. Citibank; St. Charles IL Checking acct xxxxx0204 a | 250.00 | 0.00 | | 0.00 | FA |
| 5. 4 bedroom sets; desk; 2 computers; printer; chair; | 800.00 | 0.00 | | 0.00 | FA |
| 6. Books; pictures; Location: 207 Atwell Street, Elgi | 20.00 | 0.00 | | 0.00 | FA |
| 7. Necessary clothes Location: 207 Atwell Street, Elg | 200.00 | 0.00 | | 0.00 | FA |
| 8. Costume jewelry; wedding bands Location: 207 Atwel | 300.00 | 0.00 | | 0.00 | FA |
| 9. Glock 45; exercize machine; treadmill; stationary | 400.00 | 0.00 | | 0.00 | FA |
| 10. Western Reserve Life Assurance Co. of Ohio; 4333 E | Unknown | 0.00 | | 0.00 | FA |
| 11. Allianz Life Insurance Co. of No. America, Contrac | 20,724.08 | 0.00 | | 0.00 | FA |
| 12. State Employees' Retirement System of Illinois, 21 | 58,701.00 | 0.00 | | 0.00 | FA |
| 13. Primerica PFS Investments C/F the Coverdell ESA of  Portion of exemption disallowed per order 6/18/13; Trustee recovered  non-exempt balance | 34,007.76 | 1,841.19 | | 1,841.19 | FA |
| 14. Cadence Health Matching Savoings Plan, Fidelity In  Exemption disallowed per order 6/18/13; turnover order entered  6/27/13; subsequently, Debtors produced evidence that funds in account  were in fact from employer funded retirement account and, accordingly,  Trustee did not seek turnover | 16,525.61 | 0.00 | | 0.00 | FA |
| 15. LCS Holdings Inc. Retirement and 401(k) Savings Pl | 10,032.16 | 0.00 | | 0.00 | FA |
| 16. 2000 Honda Odessey miles 125k; Location: 207 Atwel | 2,400.00 | 0.00 | | 0.00 | FA |
| 17. 2012 Toyota Corola, miles 400 Location: 207 Atwell | 14,000.00 | 0.00 | | 0.00 | FA |
| 18. Time share Orange Lake; 8505 W. Irlo Bronson Mem. | 0.00 | 0.00 | | 0.00 | FA |
| 19. Tax Refund (u) | 0.00 | 4,983.00 | | 4,983.00 | FA |

LFORM1

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-04575 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GARCIA, EMMANUEL B | | | Date Filed (f) or Converted (c): | 02/06/13 (f) |
| | GARCIA, MELANIE S | | | 341(a) Meeting Date: | 03/11/13 |
| | | | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtors overpayment for 2012 StateTax Refund  20. Tax Refund (u)  Debtors overpayment for 2012 Federal Tax Refund | 0.00 | 17,675.00 | | 17,675.00 | FA |
| TOTALS (Excluding Unknown Values) | $425,630.61 | $24,499.19 | | $24,499.19 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtors' interest in their 2012 tax refund as well as an educational savings account. Trustee
obtained an order for recovery of the tax refund and made formal demand upon Debtors' for turnover of their 2012 tax
refund. Trustee objected to the debtors' exemption in their educational account and recovered the proceeds from this
account which were non-exempt property of the Estate.  Supsequent to order disallowing exemption in HSA account, Trustee
recieved documents evidencing that HSA account was in fact employer sponsored retirement account.  Accordingly, Trustee
did not pursue turnover of those proceeds.  Trustee reivewed claims.  Trustee verified validity of IRS claim and
resolved issues related thereto without the need for a formal claim objection.  Prepared TFR

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 03/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04575 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | Bank Name: | Associated Bank |
| | GARCIA, MELANIE S | Account Number / CD #: | *******5968  Checking Account |
| Taxpayer ID No: | *******3481 | | |
| For Period Ending: | 05/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 24,374.58 | | 24,374.58 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.02 | 24,360.56 |
| 04/08/14 | 001001 | Baldi Berg, Ltd. | Attorney for TR Fees (TR Firm) | 3110-000 | | 4,355.00 | 20,005.56 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 04/08/14 | 001002 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 3,199.92 | 16,805.64 |
| | | c/o Baldi Berg, Ltd. | | | | | |
| | | 20 N. Clark Street #200 | | | | | |
| | | Chicago IL 60602 | | | | | |
| 04/08/14 | 001003 | Discover Bank | Claim 000001, Payment 39.92833% | 7100-000 | | 1,340.47 | 15,465.17 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 04/08/14 | 001004 | Discover Bank | Claim 000002, Payment 39.92813% | 7100-000 | | 706.68 | 14,758.49 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 04/08/14 | 001005 | Capital One Bank (USA), N.A. | Claim 000004, Payment 39.92822% | 7100-000 | | 4,088.47 | 10,670.02 |
| | | by American InfoSource LP as agent | | | | | |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 04/08/14 | 001006 | FIA CARD SERVICES, N.A. | Claim 000005, Payment 39.92821% | 7100-000 | | 1,770.94 | 8,899.08 |
| | | P O Box 982284 | | | | | |
| | | El Paso, TX 79998-2238 | | | | | |
| 04/08/14 | 001007 | GE Capital Retail Bank | Claim 000006, Payment 39.92778% | 7100-000 | | 142.63 | 8,756.45 |
| | | c/o Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 04/08/14 | 001008 | Capital One, N.A. | Claim 000007, Payment 39.92791% | 7100-000 | | 504.03 | 8,252.42 |
| | | c o Becket and Lee LLP | | | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04575 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | | Bank Name: | Associated Bank |
| | GARCIA, MELANIE S | | Account Number / CD #: | *******5968 Checking Account |
| Taxpayer ID No: | *******3481 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/14 | 001009 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 39.92841% | 7100-000 | | 806.53 | 7,445.89 |
| 04/08/14 | 001010 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 39.92832% | 7100-000 | | 1,571.89 | 5,874.00 |
| 04/08/14 | 001011 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000010, Payment 39.92824% | 7100-000 | | 5,436.39 | 437.61 |
| 04/08/14 | 001012 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT<br>POB 41067<br>Norfolk VA 23541 | Claim 000011, Payment 39.92828% | 7100-000 | | 437.61 | 0.00 |

| Account *******5968 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 12 | Checks | 24,360.56 |
| | 0 Interest Postings | 0.00 | 1 | Adjustments Out | 14.02 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | 0 Adjustments In | 0.00 | | Total | $ 24,374.58 |
| | 1 Transfers In | 24,374.58 | | | |
| | Total | $ 24,374.58 | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-04575 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GARCIA, EMMANUEL B | | Bank Name: | Congressional Bank |
| | GARCIA, MELANIE S | | Account Number / CD #: | *******1161 Checking Account |
| Taxpayer ID No: | *******3481 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/13 | 19 | Melanie & Emmanuel Garcia<br>207 Atwell Street<br>Elgin IL 60124 | Overpayment of State Taxes | 1224-000 | 4,983.00 | | 4,983.00 |
| 07/02/13 | 20 | Melanie & Emmanuel Garcia<br>207 Atwell Street<br>Elgin IL 60124 | Overpayment of Federal Taxes | 1224-000 | 17,675.00 | | 22,658.00 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 22.50 | 22,635.50 |
| 08/12/13 | 13 | Thomas Hartwell<br>Attorney at Law<br>929 N. La Fox Street<br>South Elgin IL 60177-1217 | Turnover Non-exempt Coverdale Acct | 1129-000 | 1,841.19 | | 24,476.69 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.98 | 24,450.71 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee: Sept 2013 | 2600-000 | | 25.13 | 24,425.58 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.93 | 24,399.65 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 25.07 | 24,374.58 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 24,374.58 | 0.00 |

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

| Case No: | 13-04575 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GARCIA, EMMANUEL B | | Bank Name: | Congressional Bank |
| | GARCIA, MELANIE S | | Account Number / CD #: | *******1161  Checking Account |
| Taxpayer ID No: | *******3481 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1161
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 3 | Deposits | 24,499.19 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 124.61 |
| | | | 1 | Transfers Out | 24,374.58 |
| | Subtotal | $ 24,499.19 | | |
| | | | | Total | $ 24,499.19 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 24,499.19 | | |

Report Totals
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 3 | Deposits | 24,499.19 | 12 | Checks | 24,360.56 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 138.63 |
| | | | 1 | Transfers Out | 24,374.58 |
| | Subtotal | $ 24,499.19 | | |
| | | | | Total | $ 48,873.77 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 24,374.58 | | |
| | Total | $ 48,873.77 | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.05c